IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 07-00218-01-CR-W-NKL |
| EMMANUEL ROBINSON, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on January 30, 2008. Defendant Emmanuel Robinson appeared in person and with Assistant Federal Public Defender Ronna Holloman-Hughes. The United States of America appeared by Assistant United States Attorney Jess Michaelsen.

### *I. BACKGROUND*

On June 20, 2007, an indictment was returned charging defendant with one count of possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), and one count of possessing ammunition after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

The following matters were discussed and action taken during the pretrial conference:

### *II. TRIAL COUNSEL*

Mr. Michaelsen announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Special Agent Timothy Canon, BATF.

Ms. Holloman-Hughes announced that she will be the trial counsel for defendant Emmanuel Robinson. Gena Stack, Investigator, will assist.

### III. OUTSTANDING MOTIONS

There are no pending motions in this case.

### IV. TRIAL WITNESSES

Mr. Michaelsen announced that the government intends to call 6 witnesses without stipulations or 4 witnesses with stipulations during the trial.

Ms. Holloman-Hughes announced that defendant Emmanuel Robinson intends to call 2 witnesses during the trial. The defendant may testify.

### V. TRIAL EXHIBITS

Mr. Michaelsen announced that the government will offer approximately 12 exhibits in evidence during the trial.

Ms. Holloman-Hughes announced that defendant Emmanuel Robinson will offer no exhibits in evidence during the trial.

### VI. DEFENSES

Ms. Holloman-Hughes announced that defendant Emmanuel Robinson will rely on the defense of general denial.

### VII. POSSIBLE DISPOSITION

Ms. Holloman-Hughes stated this case is definitely for trial.

### VIII. STIPULATIONS

Stipulations are likely as to prior felony conviction and interstate nexus of firearm.

### IX. TRIAL TIME

Counsel were in agreement that this case will take 1 to 1 1/2 days to try.

### X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That counsel for each party file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by January 31, 2008;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, February 6, 2008;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, February 6, 2008. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

### XI. UNUSUAL QUESTIONS OF LAW

Motions in limine on Rule 404(b) evidence will probably be filed. There are no unusual questions of law.

### XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on February 11, 2008.

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
January 30, 2008

cc: The Honorable Nanette Laughery
     Mr. Jess Michaelsen
     Ms. Ronna Holloman-Hughes
     Mr. Jeff Burkholder