IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00218-NKL-1 |
| EMMANUEL ROBINSON, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

On July 21, 2008, United States Magistrate Judge Robert Larsen recommended that this Court (1) enter an order finding defendant incompetent to stand trial and assist in his defense, (2) commit defendant to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d); and (3) order that, prior to physically transferring defendant to Kansas City upon the reinstatement of his competency (regardless of when that occurs), the Warden or a designated representative shall contact counsel in this case to determine how to maintain defendant's competency throughout his trial. The parties have filed no objections. After a *de novo* review of the record, the Court is convinced that the recommendation of the Magistrate is correct and should be adopted.

Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation [Doc. # 53] is ADOPTED.


    s/ NANETTE K. LAUGHREY
**NANETTE K. LAUGHREY**
**United States District Judge**

Dated:  August 25, 2008
Jefferson City, Missouri