## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00218-01-CR-W-NKL |
| EMMANUEL ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On June 4, 2009, United States Magistrate Judge Robert Larsen recommended that this Court enter an order finding defendant competent to stand trial and assist in his defense. Previously, on August 25, 2008, this Court entered an order finding defendant not competent. He was subsequently transferred to the Medical Center for Federal Prisoners in Springfield, Missouri, for treatment. In a May 27, 2009, Forensic Report, Dr. Christina Pietz, Ph.D., a board certified psychologist, determined that defendant's competency had been restored. At a June 2, 2009, competency hearing, defendant was present and represented by counsel, who stated that she had reviewed the report with defendant. The parties stipulated to the forensic report, waived the ten-day objection period, and have filed no objections. After a *de novo* review of the record, the Court is convinced that the recommendation of the Magistrate is correct and should be adopted.

Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation [Doc. # 66] is ADOPTED.

      s/ Nanette K. Laughrey
**NANETTE K. LAUGHREY**
**United States District Judge**

Dated:  June 29, 2009
Jefferson City, Missouri